UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>            Plaintiff,<br><br>   v.<br><br>AVENUE5 RESIDENTIAL,<br><br>            Defendant. | CASE NO. **2:23-cv-01207-RSL**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 9th day of August, 2023.

                                                                _____
                                                                BRIAN A. TSUCHIDA
                                                                Chief United States Magistrate Judge