UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>        Plaintiff,<br><br>vs.<br><br>AVENUE5 RESIDENTIAL,<br><br>        Defendant. | NO. C23-1207RSL<br><br>ORDER OF REFERENCE<br>Non-Dispositive Motion<br>Pending in Civil Case |

The Court hereby refers to United States Magistrate Judge Brian A. Tsuchida, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

Plaintiff's Motion for Court Appointed Counsel.

The Magistrate Judge shall hear and determine such motion. Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rule MJR 3(b).

DATED this 9th day of August, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE