UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>        Plaintiff,<br><br>        v.<br><br>AVENUE5 RESIDENTIAL,<br><br>        Defendant. | Case No. 2:23-cv-01207-RSL<br><br>ORDER GRANTING UNOPPOSED MOTIONS TO CONTINUE INITIAL SCHEDULING DEADLINES |

This matter comes before the Court on plaintiff's Motion to Continue (Dkt. # 14) and Motion for Extension of Time (Dkt. #17).[1] Defendant does not oppose a continuance (Dkt. #15). Accordingly, the motions to continue are GRANTED. The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | January 3, 2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | January 10, 2024 |
| Combined Joint Status Report and Discovery Plan: | January 17, 2024 |

//

---

[1] Plaintiff's Motion to Continue (Dkt. # 14) and Motion for Extension of Time (Dkt. #17) do not comply with the Local Rules. While this Court granted the above motions despite the deficiencies, plaintiff should consult Local Rule 7, and any other applicable rules, for future filings.

ORDER GRANTING UNOPPOSED
MOTIONS TO CONTINUE - 1

1    DATED this 23rd day of October, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTIONS TO CONTINUE - 2